People v Feliz (2021 NY Slip Op 50556(U))

[*1]

People v Feliz (Angel)

2021 NY Slip Op 50556(U) [71 Misc 3d 141(A)]

Decided on June 17, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan J.P., Brigantti, Hagler JJ.

570630/16

The People of the State of New York,
Respondent,
against
Angel Feliz, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Louis L. Nock, J., at plea; Lyle E. Frank, J., at sentencing), rendered August 24,
2016, convicting him, upon his plea of guilty, of assault in the third degree, and imposing
sentence.

Per Curiam.
Judgment of conviction (Louis L. Nock, J., at plea; Lyle E. Frank, J., at sentencing), rendered
August 24, 2016, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous
issues that could be raised on this appeal.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2021